ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cooper/Ports America, LLC | ) ASBCA No. 61461 |
| | ) |
| Under Contract No. HTC711-15-D-R036 | ) |

APPEARANCES FOR THE APPELLANT:     W. Barron A. Avery, Esq.
                                   Katherine L. McKnight, Esq.
                                   William T. DeVinney, Esq.
                                     Baker & Hostetler LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                     Air Force Deputy Chief Trial Attorney
                                   Caryl A. Potter, Esq.
                                   Lt Col Sondra Bell Nensala, USAF
                                   Lawrence M. Anderson, Esq.
                                   Danielle A. Runyan, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: August 12, 2020

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61461, Appeal of Cooper/Ports America, LLC, rendered in conformance with the Board's Charter.

Dated: August 12, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2